**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**
PENSACOLA \_\_\_\_\_ **DIVISION**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

Michael KENNEY .

Inmate # 56024 .

(Enter full name of Plaintiff)

vs.

CASE NO: 3.09cv148 MCR EMT
(To be assigned by Clerk)

Trinity Service Group Inc.,
Armor Correctional Health Inc,
Escambia County Jail Corrections,

_____ .

_____ .

(Enter name and title of each Defendant.

If additional space is required, use the

blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

2009 APR -2 PM 12: 09

KC

FILED

**I.     PLAINTIFF:**

State your <u>full name</u>, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff:   Michael Antoney Kenney

Inmate Number   56074

Prison or Jail:   Escambia County Jail

Mailing address:   P.O. Box 17800
                    Pensacola, Florida
                                32522

**II.    DEFENDANT(S):**

State the <u>name</u> of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for <u>every</u> Defendant:

(1)   Defendant's name:   Trinity Service Group Inc.
       Official position:   Food Service
       Employed at:   Escambia County Jail
       Mailing address:   P.O. Box 17800
                          Pensacola, Florida 32522

(2)   Defendant's name:   Armor Correctional Health Inc.
       Official position:   Medical
       Employed at:   Escambia County Jail
       Mailing address:   P.O. Box 17800
                          Pensacola, Florida 32522

(3)   Defendant's name:   Escambia County Jail
       Official position:   Corrections
       Employed at:   Escambia County Jail
       Mailing address:   P.O. Box 17800
                          Pensacola, Florida
                                   32522

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

## III.   EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.   PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.   Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
   Yes( )                     No(✓)

1.   Parties to previous action:
   (a)   Plaintiff(s): _____
   (b)   Defendant(s): _____
2.   Name of judge: _____   Case #: _____
3.   County and judicial circuit: _____
4.   Approximate filing date: _____
5.   If not still pending, date of dismissal: _____
6.   Reason for dismissal: _____
7.   Facts and claims of case: _____
   _____

   **(Attach additional pages as necessary to list state court cases.)**

B.   Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

   Yes( )                     No(✓)

1.   Parties to previous action:
   a.   Plaintiff(s): _____
   b.   Defendant(s): _____
2.   District and judicial division: _____
3.   Name of judge: _____   Case #: _____
4.   Approximate filing date: _____
5.   If not still pending, date of dismissal: _____
6.   Reason for dismissal: _____

7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C.   Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes(   )                          No( ✓ )

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1.   Parties to previous action:
     a.   Plaintiff(s): _____
     b.   Defendant(s): _____
2.   District and judicial division: _____
3.   Name of judge: _____ Case #: _____
4.   Approximate filing date: _____
5.   If not still pending, date of dismissal: _____
6.   Reason for dismissal: _____
7.   Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D.   Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service?  If so, identify each and every case so dismissed:

Yes(   )                          No( ✓ )

1.   Parties to previous action:
     a.   Plaintiff(s): _____
     b.   Defendant(s): _____
2.   District and judicial division: _____
3.   Name of judge: _____ Case Docket # _____
4.   Approximate filing date: _____ Dismissal date: _____
5.   Reason for dismissal: _____

4

6. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.    STATEMENT OF FACTS:

State briefly the FACTS of this case.  Describe how <u>each</u> Defendant was involved and what each person did or did not do which gives rise to your claim.  In describing what happened, state the names of persons involved, dates, and places.  <u>Do not make any legal arguments or cite to any cases or statutes.</u>  You must set forth separate factual allegations in separately numbered paragraphs.  You may make copies of this page if necessary to supply all the facts.  Barring extraordinary circumstances, no more than five (5) additional pages should be attached.  **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

On the day January 14, 2009. I slippid And Fell in A Freezer. And I Landed on My Back And it hurt really Bad. And I Notified Cristie Dixon. To tell her I had Fallen. And that I Needed Medical help.
    She then told Me, She had to do A Incident Report on what had happened. And that She would Notify Medical.
    After A Number of request To Be Seen Medical. Cocerning My condition. It was three days Before I Actually got Seen by Medical, I Was In constant pain. During this period.
    When they seen Me. They give Me two IBuphrofen's. And They said they would Send Some More. On the Medical Kart For Me. And It was A couple of Weeks Later. Before I Actually got them... I've Ask the Officer's Even when the Incident First happened To Notify Medical. And that I Needed to Be Seen. And They Insisted that I Fill out A Inmate Medical, request. To Be Seen.

5

Which I did. Instead I FElt LiKE
thEy Should of cAllEd MEdicAl, Right AwAy
giving thE AMOUNt of pAIN I wAS iN.
At thE tiME of My rEquEst.

## VI.    STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

*Basic Right - Article (I) Sec (2)*
*Excessive Punishments - Article (I) Sec (17) - Cruel and*
*Unusall Punishment*

## VII.    RELIEF REQUESTED:

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes.

*moneytary Relief in the sum of (75,000⁰⁰) from*
*Trinity Services Group Inc. (75,000.00) Armor Correctional -*
*Health, Inc, (75,000.00) from Escambica Co. Jail Correction*

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

3-31, 2009
(Date)

*Michael Kenney*
(Signature of Plaintiff)

### IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on:
the __31__ day of __March__, 20_09_.

*Michael Kenney*
(Signature of Plaintiff)

Revised 03/07

7

**Armor Correctional Health, Inc**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

_Michell Kennedy_                          _-6079_

(Inmate Name)
(Nombre) (Non)

_11-16-70_              _620_              _3/25/09_

(Date of Birth)          ( Localidad)          (Fecha)
(Fecha de Nacimiento)    (Lojman)             (Dat)
(Dat Nesans Prizonye a)  (Housing Unit/Cell#)  (Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**     _I NEED to SEE The DR._
                         _Pai_

_____

_____

_____

_____

_____

_____

**DATE/TIME RECEIVED**              **NURSE SIGNATURE**

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____              ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____              ☐ Refer to Nurse Sick Call: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

_____

_____

**TRIAGE DATE/TIME**              **NURSE SIGNATURE**

PT-005              (White Copy – Inmate Medical File   Yellow Copy – Inmate)              Revised 09/20/07

**Armor Correctional Health, Inc**

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

Michael Kenney

56024

(Inmate Name)
(Nombre) (Non)

(ID #)

11.4.70

63 - C 6

3·30·09

(Date of Birth)
(Fecha de Nacimiento)
(Dat Nesans Prizonye a)

( Localidad)
(Lojman)
(Housing Unit/Cell#)

(Fecha)
(Dat)
(Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**

I ALSO NEED TRipple ANTiBiotic Oint
MISI

My Back and Neck is hurting
really really Bad. I hAVE BEEN out of
IBUPROFEN PAIN MEdicAtion. And I really
NEED SOME STRONGER MEdicAtion FoR MY BAck
And -Neck. I Hurt All the time, --
EVEN When I hAVE IBuPhroFEN. I NEED
to SEE the DR. Noctoa NoT A NurSE.

DATE/TIME RECEIVED: 3/30/09   NURSE SIGNATURE: C Cook

---

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____

☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____

☐ Refer to Nurse Sick Call: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

_____

_____

TRIAGE DATE/TIME:   NURSE SIGNATURE:

## Armor Correctional Health, Inc

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

_KdMichAel KENNEY_        _S6024_

(Inmate Name)
(Nombre) (Non)                                     (ID #)

_11.6.70_        _63.00_        _3080 09_

(Date of Birth)          (Localidad)          (Fecha)
(Fecha de Nacimiento)    (Lojman)             (Dat)
(Dat Nesans Prizonye a)  (Housing Unit/Cell#) (Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**     _I NEED to SEE the D.R. , PlEASE_
_My BAck hurts ME rEAlly BAd . My Lower_
_Back And uppEr. Also I havE rEAlly dry_
_SKiN. ThANk you For your TimE !_
_Michael Kenney_

DATE/TIME RECEIVED                    NURSE SIGNATURE

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____          ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____          ☐ Refer to Nurse Sick Call: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse_____ Resp _____ BP _____ Wt _____

☐ Other

TRIAGE DATE/TIME                    NURSE SIGNATURE

PT-005        (White Copy – Inmate Medical File   Yellow Copy – Inmate)        Revised 09/20/07

# Armor Correctional Health, Inc

## SICK CALL REQUEST

**FROM:** (PLEASE PRINT)

_Michael Kenney_          _56 0?4_

(Inmate Name)
(Nombre) (Non)

_11 · 6 · 70_          _63-06_          (ID #)  _2 · 10 · 09_

(Date of Birth)          ( Localidad)          (Fecha)
(Fecha de Nacimiento)          (Lojman)          (Dat)
(Dat Nesans Prizonye a)          (Housing Unit/Cell#)          (Date / Time)

**PROBLEM: (BE SPECIFIC)**
**PROBLEMA:**
**PWOBLE'M:**  _I NEED to SEE the DR._

_Doctor_

_Michael Kenney_

**DATE/TIME RECEIVED**          **NURSE SIGNATURE**

---

**TRIAGE DECISION BY NURSING STAFF (Only check ONE box below)**

☐ Urgent: _____          ☐ Refer to Behavioral Health: _____

☐ Referral to HCP: _____          ☐ Refer to Nurse Sick Call: _____

☐ Refer to Dental: _____

☐ Call Provider w/ Assessment: Temp _____ Pulse _____ Resp _____ BP _____ Wt _____

☐ Other

_____

**TRIAGE DATE/TIME:**          **NURSE SIGNATURE:**

PT-005          (White Copy – Inmate Medical File   Yellow Copy – Inmate)          Revised 09/20/07

```
02/04/2009          Inmate Money Report (INMATES File)          Page 1

                    INMATE NAME  KENNEY, MICHAEL ANTHONY
                    INMATE #  56074       CELL #  G3O*O*06


  Spend Amt/  Res Amt/   Total     FILE Receipt No/  Receipt      Date/
  Spend Bal   Res Bal    Balance   HOLD Check No     Desc         Off_#


       1.46         .00      1.46

  ---------  ---------  ---------

  ----------------------------------------------------------------------
       .00 |       .00 |          | R  |A-5648176  |Admission -  |12-15-08

      1.46 |       .00 |     .00 |     |           |Receive Money | Y7658


  ---------  ---------  ---------
       1.46         .00      1.46

  COPAY CHGS       439.92

  COPAY PD            .46

  Write off          .00
  ----------  ------------
  COPAY DUE       439.46


  ==========  ============
  AVAIL BAL:      <438.00>
  ==========  ============


  ==============================
  Bond Balance         .00
  ==============================
```

**ESCAMBIA COUNTY SHERIFF'S OFFICE**                                    IFD# **09-0151**
**DETENTION DIVISION**

## TYPE REPORT:

| | | |
|---|---|---|
| INFORMATION | [X] | |
| INCIDENT | [X] | |
| FORCE USED | ⬜ | |
| DISCIPLINARY | ⬜ | |

**INCIDENT OCCURRED**
DATE:**01/14/2009**
TIME: **09:30**

**REPORT WRITTEN**
DATE:**01/14/2009**
TIME: **10:53:00**

---

Employee Reporting: **DIXON, CHRISTIE**

Signature: _____

Radio #: **2810**      Shift: **KITCH**      Post :

---

Other employees involved: (EACH EMPLOYEE MUST PREPARE SUPPLEMENT):

Inmates involved:
1. KENNEY, MICHAEL ANTH Inmate # 56074 Cell G3O*O*06      3. Inmate #  Cell
2. Inmate #  Cell                                          4. Inmate #  Cell

### FOR ANY DISCIPLINARY ACTION, THE INMATE MUST RECEIVE A COPY

**Inmate's name**                                          **Charges:**

---

Narrative: (Who, what, when, where, how, why?):

On the above date and time inmate Kenney, Micheal was putting away groceries into the freezer and slipped and failed. I Christie Dixon notified central control for a walker to take inmate Kenney to medical to get checked out.

---

[ ] CONTRABAND SEIZED      [ ] EVIDENCE SEIZED      [ ] CONTINUED ON SUPPLEMENT   [] PLACED IN A/C

Shift OIC's comments/recommendations

---

Signature:                                                 Date: _____

ESO.DET.2003.7.053