IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

MICHAEL KENNEY,
    Plaintiff,

vs.                              Case No. 3:09cv148/MCR/EMT

TRINITY SERVICE GROUP, INC., et al.,
    Defendants.
_____/

## ORDER

    This cause is before the court upon Plaintiff's filing a civil rights complaint under 42 U.S.C. § 1983 (Doc. 1).  Plaintiff also filed a motion to proceed in forma pauperis (Doc. 2).

    Upon review of the motion to proceed in forma pauperis, the court concludes that Plaintiff failed to provide the requisite supporting documentation for his motion to proceed in forma pauperis, specifically, a prisoner consent form and financial certificate <u>signed by a prison official</u> with <u>an attached copy of his trust fund account statement covering the six-month period preceding the filing of the complaint</u>.[1]  Therefore, the motion will be denied without prejudice to Plaintiff's refiling a complete motion with the required supporting documentation, and executed by a prison official.

    Accordingly, it is **ORDERED**:

    1.    Plaintiff's motion to proceed in forma pauperis (Doc. 2) is **DENIED** without prejudice.

---

[1] The court notes that Plaintiff states that he has been incarcerated at the Escambia County Jail ("ECJ") for less than six (6) months; however, Plaintiff is advised that he must provide the court with a printout from his inmate account(s) for the <u>entire time</u> he has been incarcerated at <u>any facility</u> during the six months preceding the filing of the complaint (*see* Doc. 2 at 2).  Thus, for example, if Plaintiff has been incarcerated at the ECJ for three months (and was not incarcerated elsewhere immediately before his incarceration at the ECJ), he must submit an account statement covering the entire three-month period.

2. The clerk shall send Plaintiff a motion to proceed in forma pauperis and a prisoner consent form and financial certificate approved for use in the Northern District.

3. Within **THIRTY (30) DAYS** from the date of docketing of this order Plaintiff shall (1) pay the $350.00 filing fee, or (2) submit a completed motion to proceed in forma pauperis with the requisite prisoner consent form <u>and signed financial certificate, including an attached computer printout of the transactions in his prison account</u>.

4. Failure to comply with this order as instructed may result in a recommendation that this case be dismissed for failure to comply with an order of the court.

**DONE AND ORDERED** this <u>9th</u> day of April 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**